**Order entered December 20, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00908-CV

## HARRIET NICHOLSON, Appellant

## V.

## NATIONSTAR MORTGAGE, LLC, Appellee

**On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-21-12504**

## ORDER

Before the Court is appellant's December 19, 2022 second motion for an extension of time to file her opening brief. We **GRANT** the motion and extend the time to **January 17, 2023**. We caution appellant that further extension requests will be disfavored.

/s/    KEN MOLBERG
JUSTICE